**Billy J. MULLINS, Jr.; Faraway Enterprises, Plaintiffs–Appellants–Cross–Appellees**

v.

**TESTAMERICA INC.; Sagaponack Partners LP, Defendants–Appellees–Cross–Appellants.**

No. 08–11074.

United States Court of Appeals,
Fifth Circuit.

April 27, 2009.

J. Stephen Hunnicutt, Hunnicutt Law Firm, Dallas, TX, for Plaintiffs–Appellants–Cross–Appellees.

Gregory Scott Coleman, Yetter, Warden & Coleman LLP, Austin, TX, Michael P. Lynn, Marc S. Tabolsky, Lynn, Tillotson, Pinker & Cox, Dallas, TX, for TestAmerica Inc., Sagaponack Partners LP.

Britta Erin Stanton, Lynn, Tillotson, Pinker & Cox, Dallas, TX, for Sagaponack Partners LP, Marc Weisman.

Before KING, HIGGINBOTHAM, and WIENER, Circuit Judges.

PER CURIAM: *

In view of this court's decision to vacate the district court's judgment on Plaintiff Faraway Enterprises' breach of contract and other claims, *see Mullins v. TestAmerica Inc.*, 564 F.3d 386, 418 (5th Cir.2009), the district court's memorandum opinion

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

and order on attorney's fees entered on October 8, 2008 is hereby vacated. This case is remanded to the district court for such further proceedings as may be appropriate. Each party shall bear its own costs.

VACATED and REMANDED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.